

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION

Cause number:         01-17-00231-CR

Style:                Earl Roy DeBlanc v. The State of Texas

Date motion filed*:   September 19, 2017

Type of motion:       Fourth Motion to Extend Time to File Brief

Party filing motion:  Appellant Earl Roy DeBlanc

Document to be filed: Appellant's Brief

Is appeal accelerated?        No.

If motion to extend time:

    Original due date:              June 19, 2017

    Number of extensions granted:   3      Current Due Date: September 18, 2017

    Date Requested:                 October 18, 2017 (121 days from original due date)

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  October 18, 2017.

        ☑    **No further extensions of time will be granted.**

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

  Because appellant's counsel's fourth extension states that Hurricane Harvey severely

  disrupted her work on this case, the Court **grants** the request, but counsel is warned

  that **no further extensions are to be granted**. *See* Emergency Order Authorizing

  Modification and Suspension of Court Procedures in Proceedings Affected by Disaster,

  Misc. Docket No. 17-9091 (Tex. Aug. 28, 2017); TEX. R. APP. P. 2, 38.6(d).

  Accordingly, if appellant's brief is not filed by **October 18, 2017**, the Court may abate

  this case. *See id.* 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes _____

               ☑ Acting individually      ☐ Acting for the Court

Date: September 26, 2017 _____